ACCEPTED
03-14-00701-CR
4839116
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 10:16:52 AM
JEFFREY D. KYLE
CLERK

## NO.   03-14-00701-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/10/2015 10:16:52 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **THIRD COURT** |
| | § | |
| **BARRY PIZZO** | § | **OF APPEALS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Barry Pizzo, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 207th Judicial District Court of Comal County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. Barry Pizzo, and numbered CR2013-146.

3.    Appellant was convicted of Two Counts of Tampering with Evidence.

4.    Appellant was assessed a sentence of Life on 7th day of October, 2014.

5.    Notice of appeal was given on November 4, 2014.

6. The clerk's record was filed on February 5, 2015; the reporter's record was filed on March 11, 2015.

7. The appellate brief is presently due on April 10.2015.

8. Appellant requests an extension of time of 90 days from the present date, i.e. July 9, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension: Atanacio Campos has a full trial schedule and other appeals that he needs to attend to.

12. Appellant has communicated the Office of the Comal County Criminal District Attorney and they stated they had no objection to an extension of time in this cause.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ATANACIO CAMPOS
P.O. Box 310859
New Braunfels, TX 78131
Tel: (830) 620-1515
Fax: (830) 620-5334

By: _____

Atanacio Campos
State Bar No. 03720700
atanacio@aol.com
Attorney for Barry Pizzo

## CERTIFICATE OF SERVICE

This is to certify that on April 9, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, by e-service to tharpj@co.comal..tx.us

_____
Atanacio Campos

**STATE OF TEXAS**              §
                               §
                               §
**COUNTY OF COMAL**             §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Atanacio Campos, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Atanacio Campos
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _Apil 10_ ,

2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

SARAH L DIXON
NOTARY PUBLIC - TEXAS
MY COMM. EXP. 5/16/2016